**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Nichole Anderson, | No. CV-24-00574-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On February 6, 2026, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court reverse the Commissioner's decision and remand the matter for an award of benefits. (Doc. 24.) The R&R notified the parties they had ten (10) days from the date of the R&R to file any objections. No objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if *objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court has reviewed Judge Markovich's R&R, the parties' briefs, and the record. The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusion

that the Commissioner's decision should be reversed and remanded to the agency for an award of benefits.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 24) is **accepted and adopted in full.**

**IT IS FURTHER ORDERED** the Commissioner's decision is **reversed** and **remanded** to the agency for an award of benefits consistent with this Order and Judge Markovich's Report & Recommendation. (*See* Doc. 24 at 27–29.)

**IT IS FURTHER ORDERED** the Clerk of Court shall docket this Order and close this action.

Dated this 12th day of March, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge